IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **SANTIAGO ESEQUIEL CASTILLO** § | | **CIVIL ACTION NO. _____** |
| **Plaintiff,** § | | |
| § | | |
| **V.** § | | |
| § | | **DEFENDANT AARON'S, LLC'S** |
| **AARON'S, L.L.C** § | | **NOTICE OF REMOVAL.** |
| **Defendant.** § | | |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT:

Defendant Aaron's, LLC, pursuant to 28 U.S.C. §§1441 and 1332, provides notice of removal of this action styled *Santiago Esequiel Castillo v. Aaron's, L.L.C.*, Cause No. 2020-DCL-05830, currently pending in 445TH District Court of Cameron County, Texas, and in support thereof, respectfully shows unto this Court as follows:

1. Plaintiff Santiago Esequiel Castillo filed his Original Petition on November 24, 2020, claiming damages as a result of a fall while on the premises of Defendant Aaron's store in Brownsville, TX. Plaintiff served Defendant with the citation on November 30, 2020. Plaintiff also sued James M. Day, Jr. who is identified in the Petition as a resident of Texas.

2. The case was not removable when Aaron's was served because of the Texas co-defendant, who has not been served in this case.

3. On February 12, 2021, the parties participated in a Telephonic Docket Control Conference in State Court at which time Plaintiff's counsel advised the Court that the Texas co-defendant, James Day, Jr. is actually a resident of New Mexico. 28 U.S.C. §1446(b)(3) a notice of removal may be filed within thirty days from when it may be first ascertained that the case is one which is or has become removable. Defendant is

HOULITIGATION:1706751.1

filing this Removal within thirty days of the February 12, 2021 conference, and thus this notice is timely.

    4.    Pursuant to 28 U.S.C. §1446 and the Local Rules of the United States District Court for the Southern District of Texas, attached are the following:

    a.    All executed process in the case (Exhibit A);

    b.    Pleadings asserting causes of action and all answers to such pleadings (Exhibit B);

    c.    All orders signed by the state judge (Exhibit C);

    d.    The docket sheet (Exhibit D);

    e.    An index of matters being filed (Exhibit E);

    f.    A list of all counsel of record, including addresses, telephone numbers, and parties represented (Exhibit F).

These documents represent all that are presently available as required.

    5.    The District Courts of the United States have original jurisdiction over this action by reason of diversity of citizenship between the parties. 28 U.S.C. §1332. Plaintiff's Original Petition alleges that Plaintiff Santiago Esequiel Castillo resides in Los Frenos, Cameron County, Texas, and therefore is a citizen of the state of Texas. Defendant Aaron's, LLC. is a corporation incorporated under the laws of the State of Georgia, and is a citizen of the State of Georgia. James Dey, who has not been served, is an individual who resides in New Mexico.

    6.    Plaintiff's Original Petition in the state court seeks damages over $200,000 but not more than $1,000,000, and thus the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interests and costs.

    7.    Removal of this cause of action is proper under 28 U.S.C. §1441. It is a civil action brought in state court and the District Courts of the United States have original jurisdiction over this action under 28 U.S.C. §1332, since the plaintiff and the defendants are diverse in citizenship.

8. As required by 28 U.S.C. §1441, the 445th District Court in Cameron County falls within the geographical purview of this Court, and thus, venue is proper in the United Stated District Court of the Southern District of Texas, Corpus Christi Division.

9. Written notice of the filing of this Notice of Removal is being promptly given to Plaintiff and a notice of Filing of Notice of Removal is promptly being filed with the Clerk of County Court at Law Number 2 of Nueces County, Texas, as required by 28 U.S.C. §1446(d).

WHEREFORE, PREMISES CONSIDERED, Defendant Aaron's, LLC. prays that the state action now pending in 445th District Court of Cameron County, Texas, be removed to this Court, and for any further relief to which Defendant is justly entitled.

Respectfully submitted,

**M**EHAFFY**W**EBER, P.C.

By  /s/ Maryalyce W. Cox
Maryalyce W. Cox
Attorney-in-charge
State Bar No. 24009203
One Allen Center
500 Dallas, Suite 2800
Houston, Texas 77002
713-655-1200 telephone
713-655-0222 facsimile

ATTORNEYS FOR DEFENDANT
AARONS, LLC.

## CERTIFICATE OF SERVICE

  In addition to e-filing, this is to certify that a true and correct copy of the above and foregoing instrument has been forwarded by Certified Mail, return to receipt requested, to all counsel of record on this the 5th day of March 2021 pursuant to both the Texas Rules of Civil Procedure and the Federal Rules of Civil Procedure. .

              _Maryalyce W. Cox_
              Maryalyce W. Cox