# **<u>EXHIBIT A</u>**



# Notice of Service of Process

JWG / ALL
Transmittal Number: 22361116
Date Processed: 11/30/2020

| | |
|---|---|
| **Primary Contact:** | Ted Scartz<br>Aaron's, Inc.<br>400 Galleria Parkway SE<br>Attn: Legal Department Ste 300<br>Atlanta, GA 30339 |
| **Electronic copy provided to:** | Rebecca Ray<br>Jamilah Freeman<br>Kimberly Bryant |
| **Entity:** | Aaron's, Inc.<br>Entity ID Number  2728732 |
| **Entity Served:** | Aaron's Inc. |
| **Title of Action:** | Santiago Esequiel Castillo vs. Aaron's, Inc. |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cameron County District Court, TX |
| **Case/Reference No:** | 2020-DCL-05830 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 11/30/2020 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Michael J. Cisneros<br>956-682-1883 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



**CITATION – PERSONAL SERVICE – TRCP 99**

# THE STATE OF TEXAS

## 2020-DCL-05830-I

| | | |
|---|---|---|
| Santiago Esequiel Castillo | § | IN THE 445TH DISTRICT COURT |
| VS | § | OF |
| Aaron's Inc. and James M. Day, Jr. | § | CAMERON COUNTY, TEXAS |

TO     **Aaron's Inc.**
**Serving its Registered Agent Corporation Service Company**
**d/b/a CSC-Lawyers Incorporating Service Company**
**211 East 7th Street Suite 620**
**Austin TX 78701-3218**

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you." *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 445th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff's Original Petition** was filed in said court on **November 24, 2020,** in the above entitled cause.

2020-DCL-05830-I                                                  Santiago Esequiel Castillo vs. Aaron's Inc. and James M. Day, Jr.

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 25th day of November, 2020.

**ATTORNEY:**
**MICHAEL J. CISNEROS**
**00793509**
**956-682-1883**
**Lindberg Center**
**312 Lindberg Ave**
**McAllen TX 78501-2943**

**Elvira S. Ortiz**
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520

Signed: 11/25/2020 8:49:30 AM

By: *Susana Anzaldua*
**Susana Anzaldua, Deputy Clerk**

| 2020-DCL-05830-I<br>445th District Court | Santiago Esequiel Castillo vs. Aaron's Inc. and James M. Day, Jr. |
|---|---|

## RETURN OF SERVICE

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the ____ day of _____, 20_____.

**NAME/ADDRESS FOR SERVICE**

_____
_____
_____

_____ Officer
_____ County, TX

By: _____ Deputy

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

## OFFICERS RETURN

Came to hand on the ____ day of _____, at ____ o'clock ___m and _Tepvis_ County, Texas, by delivering to each of the within named defendants ~~in person,~~ a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

c/o

| NAME Aarons Inc<br>Corp. Svc. Co. | DATE/TIME<br>11-27-20 | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

FEES:
SERVING PETITION/COPY $ _____
TOTAL:                $ _____

_____ Officer
_____ County, TX

By: _____ Deputy

_(signature)_ AFFIANT

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:
"My name is _____, my date of birth is _____, my address is

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED in _____ County, State of _____, on the ____ day of _____, 20_____.

_____        _____
ID Number/Expiration of Certification        Declarant/Authorized Process Server