United States District Court
Southern District of Texas
**ENTERED**
March 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTIAGO ESEQUIEL CASTILLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-033 |
| | § | |
| AARON'S, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties filed a joint stipulation to dismiss all of the causes of action asserted in this action with prejudice. (Stipulation, Doc. 11)  The Stipulation dismisses the causes of action without court order.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on March 14, 2022.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge